### 178. MERRITT v. THE STATE.

POWELL, J. The evidence was sufficient to authorize the verdict. Upon an examination of the other exceptions made in the record, no reversible error is found.                                    *Judgment affirmed.*

Indictment for unlawful sale of liquor, from city court of Moultrie—Judge Shipp.   December 10, 1906.

    Submitted January 29,—Decided February 4, 1907.

    *J. A. Wilkes, James Humphreys,* for plaintiff in error.

    *W. F. Way, solcitor, T. W. Mattox, W. E. Thomas,* contra.